UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DEAN MARKLEY USA, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>CENVEO CORPORATION,<br><br>        Defendant. | Case No.  14-cv-02650-BLF<br><br>**CASE MANAGEMENT ORDER** |

On November 13, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Initial Disclosures Due | 12/12/2014 |
| Last Day to Amend/Add Parties | 01/30/2015 |
| Disclosure of Expert Due<br>Rebuttal of Expert Disclosures | 08/15/2015<br>09/15/2015 |
| Fact Discovery Cut-Off | 10/25/2015 |
| Expert Witness Discovery Cut-Off | 11/01/2015 |
| Last Day to Hear Dispositive Motions | 12/10/2015 at 9:00 AM |
| Final Pretrial Conference | 02/11/2016 at 2:30 PM |
| Trial | 02/22/2016 at 9:00 AM |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

6 Dated: November 13, 2014

_____
BETH LABSON FREEMAN
United States District Judge