UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN MARKLEY USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENVEO CORPORATION, <br><br> Defendant. | Case No.  14-cv-02650-BLF <br><br> **ORDER SUBMITTING MOTION FOR LEAVE TO AMEND WITHOUT ORAL ARGUMENT AND VACATING HEARING ON MOTION** |

Plaintiffs Dean Markley USA, Inc., Dean Markley Strings, Inc., and Dean Markley seek leave to amend the complaint to add a new defendant, Cenveo, Inc.  The motion is opposed by the current named defendant, Cenveo Corporation.  The Court, having determined that the motion is appropriate for disposition without oral argument, hereby submits the motion and vacates the hearing previously set for April 9, 2015.  *See* Civ. L.R. 7-1(b).

**IT IS SO ORDERED.**

Dated:  April 6, 2015

_____
BETH LABSON FREEMAN
United States District Judge