Jon. A. Bierman (appearing *pro hac vice*)
Matthew C. Hans (appearing *pro hac vice*)
Britton L. St. Onge (appearing *pro hac vice*)
POLSINELLI PC
100 South Fourth Street, Suite 1000
St. Louis, MO 63102
Tel: (314) 889-8000
Fax: (314) 231-1776
Email: jbierman@polsinelli.com
Email: mhans@polsinelli.com
Email: bstonge@polsinelli.com

Naki Margolis (SBN No. 094120)
BLANK ROME LLP
555 California Street, Suite 4925
San Francisco, CA 94111
Tel:  (415) 659-1884
Fax:  (415) 659-1950
Email: nmargolis@blankrome.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DEAN MARKLEY USA, INC.; DEAN MARKLEY STRINGS, INC.; and DEAN MARKLEY, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> CENVEO CORPORATION; CENVEO, INC., and DOES 1 through 100, <br><br> Defendants/Counter-Claimants. | Case No. 14-CV-02650-BLF <br><br> **ORDER SHORTENING TIME ON DEFENDANTS' FIRST MOTION TO MODIFY THE CASE MANAGEMENT ORDER** <br><br> Hearing Date: December 3, 2015 <br> Time:         9:00 a.m. <br> Location:    Courtroom 3 <br><br> Magistrate Judge Howard R. Lloyd <br> Removal Filed: June 9, 2014 <br> Trial Date: February 22, 2016 |

**[PROPOSED] ORDER FOR ORDER SHORTENING TIME ON DEFENDANTS' FIRST MOTION TO MODIFY THE CASE MANAGEMENT ORDER**

143387.00601/101349387V.1

Pursuant to the Stipulation for Order Shortening Time on Defendants' First Motion to Modify the Case Management Order, the Court, having considered the Stipulation, and good cause appearing therefore, it is hereby ORDERED as follows:

1) Defendants' First Motion to Modify the Case Management Order shall be filed and served on Monday, August 24, 2015;

2) Plaintiffs' Opposition shall be filed and served on Friday, August 28, 2015;

3) Defendants' Reply shall be filed and served on Tuesday, September 1, 2015;

4) The hearing on the Motion shall be held on September H, 2015 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: _____          _____
                                 Honorable Judge Beth Labson Freeman
                                 United States District Court for the Northern District of
                                 California, San Jose Division