# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DEAN MARKLEY USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENVEO CORPORATION, <br><br> Defendant. | Case No. 14-cv-02650-BLF <br><br> **ORDER SETTING DEADLINE FOR STIPULATED DISMISSAL OR STATUS UPDATE RE SETTLEMENT** |

The Court has been informed that the above-captioned case has settled. The parties shall file a stipulated dismissal or a status update regarding the settlement on or before July 21, 2016.

**IT IS SO ORDERED.**

Dated: May 23, 2016

_____
BETH LABSON FREEMAN
United States District Judge