```
 1  Jon. A. Bierman (appearing pro hac vice)
    Matthew C. Hans (appearing pro hac vice)
 2  Britton L. St. Onge (appearing pro hac vice)
    POLSINELLI PC
 3  100 South Fourth Street, Suite 1000
    St. Louis, MO 63102
 4  Tel: (314) 889-8000
    Fax: (314) 231-1776
 5  Email: jbierman@polsinelli.com
    Email: mhans@polsinelli.com
 6  Email: bstonge@polsinelli.com
 7
    Naki Margolis (SBN No. 094120)
 8  BLANK ROME LLP
    555 California Street, Suite 4925
 9  San Francisco, CA 94111
    Tel:  (415) 659-1884
10  Fax: (415) 659-1950
    Email: nmargolis@blankrome.com
11
    Attorneys for Defendants
12
    Charles M. Louderback, SBN 88788
13  Stacey L. Pratt, SBN 124892
    Anthony M. Isola, SBN 274987
14  LOUDERBACK LAW GROUP
    44 Montgomery Street, Suite 2970
15  San Francisco, CA  94104
    Telephone: (415) 615-0200
16  Facsimile:  (415) 233-4775
    E-Mail:   clouderback@louderbackgroup.com
17            spratt@louderbackgroup.com
              aisola@louderbackgroup.com
18
    Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DEAN MARKLEY USA, INC.; DEAN MARKLEY STRINGS, INC.; and DEAN MARKLEY, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> CENVEO CORPORATION; CENVEO, INC., and DOES 1 through 100, | Case No. 5:14-cv-2650=BLF <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** <br><br> Judge Beth Labson Freeman |

| | |
|---|---|
| Defendants/Counter-Claimants. | Trial date : November 21, 2016 |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and among the parties to this action that (i) Plaintiffs Dean Markley USA, Inc., Dean Markley Strings, Inc., and Dean Markley's above-entitled case against Defendants Cenveo Corporation and Cenveo Inc. be dismissed with prejudice; and (ii) Counter-Claimant Cenveo Coporation's counterclaim against Counter-Defendants Dean Markley USA, Inc., Dean Markley Strings, Inc., and Dean Markley in the above-entitled action be dismissed with prejudice. Each party to bear its own fees and costs.

Dated: 6/28/16

POLSINELLI PC

By: /s/ Matthew C. Hans

Jon A. Bierman (appearing *pro hac vice*)
Matthew C. Hans (appearing *pro hac vice*)
Britton L. St. Onge (appearing *pro hac vice*)

*Attorneys for Defendants*

LOUDERBACK LAW GROUP

Charles M. Louderback
Anthony M. Isola

*Attorneys for Plaintiffs*

1
2
3     [~~PROPOSED~~] ORDER

          Pursuant to the above stipulation, IT IS HEREBY ORDERED that this matter is dismissed
      with prejudice, each party to bear its own fees and costs.

                                                    _____
          Dated: 6/28/16                            BETH LABSON FREEMAN
                                                    UNITED STATES DISTRICT COURT
                                                    JUDGE

                                        3                           STIPULATION OF DISMISSAL